UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,**<br><br>Plaintiff,<br><br>v.<br><br>**OSMOSE UTILITIES SERVICES, INC.**<br><br>Defendant. | CIVIL ACTION NO.<br>1:24-CV-04140-MLB-JKL |

## JOINT MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND INCORPORATED MEMORANDUM OF LAW

COME NOW, Plaintiff and Defendant, pursuant to Federal Rules of Civil Procedure 6(b) and 16(b)(4) and Local Rule 26.2.B., and jointly move this Court for an Order extending the current discovery deadline by 45 days, through and including June 2, 2025. The Parties also request that the current dispositive motion deadline be extended until July 3, 2025. In support of this Motion, the Parties show the Court as follows:

1. Plaintiff filed its Complaint on September 16, 2024. (ECF No. 1).

2. Defendant filed its Answer on November 18, 2024. (ECF No. 3).

3. On December 19, 2024, the Court entered its Scheduling Order

establishing April 17, 2025 as the discovery deadline and May 19, 2025 as the dispositive motion deadline. (ECF No. 8).

4. The Parties have diligently pursued discovery in this case by exchanging written discovery and responses thereto, as well as their document productions. Based on the information and documents exchanged thus far, the Parties still need to request and obtain additional documents from third parties that are necessary to the claims and defenses raised in this matter.

5. Moreover, the Parties anticipate multiple witnesses will need to be deposed but cannot do so at this juncture until third party documents are received.

6. Pursuant to Fed. R. Civ. P. 16(b)(4), a Court's Scheduling Order may be modified for good cause and with the judge's consent. The notes to Rule 16 explain that "the court may modify the schedule on a showing of good cause if it cannot reasonably be met despite the diligence of the party seeking the extension." Advisory Committee Notes to Rule 16. The Eleventh Circuit has explained that "[t]o establish good cause, the party seeking the extension must have been diligent." Romero v. Drummond Co., 552 F.3d 1303, 1319 (11th Cir. 2008).

7. In this case, good cause exists to extend the discovery period because the Parties have diligently pursued discovery but have been unable to complete depositions within the remaining discovery period due to circumstances beyond their control.

8. The Parties have not previously sought an extension of the discovery period in this case.

For these reasons, the Parties respectfully request that the Court enter an Order extending the discovery period through and including June 2, 2025. The Parties also request that the dispositive motion deadline be extended until July 3, 2025. A proposed order is being filed contemporaneously with this Motion.

Respectfully submitted this 7th day of April, 2025.

| | |
|---|---|
| /s/ *Veronica R. Cox* | /s/ *Patricia G. Griffith* |
| Veronica R. Cox | Patricia G. Griffith |
| Georgia Bar No. 712154 | Georgia Bar No. 311928 |
| EQUAL EMPLOYMENT | Charles Hoffman |
| OPPORTUNITY COMMISSION | Georgia Bar No. 165556 |
| 100 Alabama St., SW, Suite 4R30 | FORD & HARRISON, LLP |
| Atlanta, GA 30303 | 271 17th Street NW, Suite 19000 |
| (470) 531-4837 (Direct Dial) | Atlanta, GA 30363 |
| (404) 562-6905 (Facsimile) | (404) 888-3831 (Direct Dial) |
| Veronica.rogusky.cox@eeoc.gov | (404) 888-3863 (Facsimile) |
| | pgriffith@fordharrison.com |
| **COUNSEL FOR PLAINTIFF** | **COUNSEL FOR DEFENDANT** |

## CERTIFICATE OF COMPLIANCE

The undersigned counsel hereby certifies that this **JOINT MOTION TO EXTEND THE DISCOVERY AND DISPOSITIVE MOTION DEADLINES AND INCORPORATED MEMORANDUM OF LAW** complies with the type-volume limitations set forth in Rule 5.1 of the Local Rules of the United States District Court for the Northern District of Georgia and has been typed in Times New Roman 14 count.

>s/ *Veronica R. Cox*
>Veronica R. Cox
>Georgia Bar No. 712154

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> **OSMOSE UTILITIES SERVICES, INC.** : <br> : <br> Defendant. : <br> : | **CIVIL ACTION NO.** <br> **1:24-CV-04140-MLB-JKL** |

## PROPOSED ORDER

Upon review of the Parties' Joint Motion to Extend the Discovery and Dispositive Motion Deadlines and for good cause shown, this Court hereby **GRANTS** and **APPROVES** said Joint Motion to Extend the Discovery and Dispositive Motion Deadlines. The discovery period in this case is extended until June 2, 2025 and the dispositive motion deadline shall be extended until July 3, 2025.

IT IS SO ORDERED this _____ day of April, 2025.

_____
JOHN K. LARKINS III
UNITED STATES MAGISTRATE JUDGE