IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| EQUAL EMPLOYMENT ) <br> OPPORTUNITY COMMISSION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> OSMOSE UTILITIES SERVICES, INC., ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL ACTION NO. <br> 1:24-cv-04140-MLB-JKL |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

Plaintiff Equal Employment Opportunity Commission ("EEOC") files this Motion for Leave to File Amended Complaint in accordance with Federal Rule of Civil Procedure 15(a)(2). The EEOC determined through discovery that the aggrieved individual in this case, Decreshia Render's, disability was more substantial than initially pled and affected more than "the normal functioning of her brain and neurological system, and her ability to see and concentrate." Specifically, the EEOC states that:

1. Plaintiff filed a Complaint against Osmose Utilities Services, Inc. on September 16, 2024. [Doc 1].

2. In its Complaint, Plaintiff pled, "Render has physical impairments, including but not limited to, permanent loss of peripheral vision, headaches, blurred vision, and memory loss, related to a stroke and head injury, which substantially limit her in at least, but not limited to, the following major life activities: the normal functioning of her brain and neurological system, and her ability to see and concentrate." [Doc 1, ¶14].

3. During the course of discovery, Plaintiff learned that Ms. Render also suffered a spinal injury during a car accident on or around July 1, 2019, approximately 15 days before her stroke at Osmose.

4. Specifically, due to the accident, Ms. Render had knee pain from contusion of the right knee, which affected her ability to walk; left temporal and partial headaches, which affected her ability to view bright lights; constant neck pain from cervical strain and cervical sprain in her spine; and back pain from thoracic and lumbar strains and sprains in her spine, and segmental disfunction of her thoracic cage.

5. The above-stated injuries combined with Ms. Render's stroke fifteen days later created more physical impairments than "permanent loss of peripheral vision, headaches, blurred vision, and memory loss, related to a stroke and head injury."

6. The above-stated injuries combined with Ms. Render's stroke fifteen days later affected more than the normal functioning of Ms. Render's "brain and neurological system, and her ability to see and concentrate."

7. Plaintiff would like to amend its Complaint to clarify the extent of Ms. Render's physical impairments.

8. Plaintiff discussed its intent to Amend its Complaint with Defendant on May 23, 2025.

9. An amendment to Plaintiff's Complaint would not prejudice Defendant because medical records related to Ms. Render's spinal injuries have already been produced, records establishing Ms. Render's chiropractor appointments related to her spinal injury have been produced, and no depositions have been taken yet for this case, as discovery is ongoing.

Respectfully submitted, this 2nd day of June, 2025.

/s/ *Iriel Jones*
Iriel Jones
Trial Attorney
Georgia Bar No. 266716

U.S. Equal Employment Opportunity Commission
Atlanta District Office
100 Alabama St. SW, Suite 4R30
Atlanta, GA 30303
Telephone: 470-531-4808
Facsimile: 404-562-6905
iriel.jones@eeoc.gov
*Counsel for Plaintiff*

3

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rule 7.1(D), I certify that the foregoing document was prepared using font and point selections approved by the Court in Local Rule 5.1.

This 2nd day of June, 2025.

>/s/ *Iriel Jones*
>Iriel Jones

## CERTIFICATE OF SERVICE

 I hereby certify that the foregoing document was filed with the Clerk of Court using the CM/ECF system, causing a copy thereof to be served upon all counsel of record in this action.

 This 2nd day of June, 2025.

/s/ *Iriel Jones*
Iriel Jones
