**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION NO. 1:24-CV-04140-MLB-JKL** |
| **OSMOSE UTILITIES SERVICES, INC.,** | : | |
| **Defendant.** | : | |

# JOINT MOTION FOR ENTRY OF CONSENT DECREE

Plaintiff Equal Employment Opportunity Commission and Defendant Osmose Utilities Services, Inc., jointly move the Court for entry of the Proposed Consent Decree to which they have agreed in settlement of the above-captioned action.

Respectfully submitted this 10th day of November, 2026.

[signatures on following page]

UNITED STATES EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

/s/ *Marcus G. Keegan*
MARCUS G. KEEGAN
Regional Attorney
Georgia Bar No. 410424
(470) 531-4811
marcus.keegan@eeoc.gov

*/s/ Robyn M. Flegal*
Robyn M. Flegal
Georgia Bar No. 599572
(470) 531-4862
Robyn.flegal@eeoc.gov

Atlanta District Office
100 Alabama St., SW
Suite 4R30
Atlanta, Georgia 30303

*Counsel for Plaintiff*

OSMOSE UTILITIES SERVICES, INC.

/s/ *Patricia G. Griffith (w/e/p by RMF)*
Patricia G. Griffith
Georgia Bar No. 311928
pgriffith@fordharrison.com

**FORD & HARRISON LLP**
271 17th Street, N.W.
Suite 1900
Atlanta, GA 30363
(404) 888-3800

*Counsel for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** | : | |
| **Plaintiff,** | : | |
| **v.** | : | **CIVIL ACTION NO. 1:24-CV-04140-MLB-JKL** |
| **OSMOSE UTILITIES SERVICES, INC.,** | : | |
| **Defendant.** | : | |

## CERTIFICATE OF COMPLIANCE

No generative AI was used in the drafting or preparation of this filing.

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2026, I electronically filed the foregoing **JOINT MOTION FOR ENTRY OF CONSENT DECREE** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to attorneys of record.

/s/ *Robyn M. Flegal*
Ga Bar. No. 599572